B 5 (Official Form 5) (12/07)

| UNITED STATES BANKRUPTCY COURT<br>Eastern District of New York | INVOLUNTARY PETITION |
|---|---|
| IN RE (Name of Debtor – If Individual: Last, First, Middle)<br>JEWELAMERICA INC. | ALL OTHER NAMES used by debtor in the last 8 years (Include married, maiden, and trade names.) |
| Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN (If more than one, state all.): | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br>30-30 47th Avenue, Suite 4R<br>Long Island City, New York, 11101 | MAILING ADDRESS OF DEBTOR (If different from street address) |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>Queens County  ZIP CODE  11101 | ZIP CODE |
| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (if different from previously listed addresses) | |

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

[x] Chapter 7   ☐ Chapter 11

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

**Nature of Debts**
(Check one box.)

Petitioners believe:

☐ Debts are primarily consumer debts
[X] Debts are primarily business debts

**Type of Debtor**
(Form of Organization)

☐ Individual (Includes Joint Debtor)
[X] Corporation (Includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
[X] Other

### VENUE

[X] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District.

### FILING FEE (Check one box)

[X] Full Filing Fee attached

☐ Petitioner is a child support creditor or its representative, and the form specified in §304(g) of the Bankruptcy Reform Act of 1994 is attached.
[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in §304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]

### PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

### ALLEGATIONS
(Check applicable boxes)

COURT USE ONLY

1. [X] Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).
2. [X] The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. [X] The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;
   or
   b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the Debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

newordten/clientiz2/clientsz/sanghavi/diadeb/inv1

## TRANSFER OF CLAIM

[ ] Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

---

X /s/ _____  Ulka Kothari
Signature of Petitioner or Representative (State title)      Proprietor

ULKA KOTHARI_____
Name of Petitioner            Date Signed:   January    , 2014

Name & Mailing
Address of Individual     Ulka Kothari
Signing in Representative  48 West 48th Street, Suite 1511
Capacity                   New York, NY 10036

X /s/ _____          January    , 2014
Signature of Attorney Andrew A. Bokser      Date

POPPER & GRAFTON ATTORNEYS
Name of Attorney Firm (if any)

225 West 34th Street, Suite 2209, New York, NY 10122
Address

212-290-2630
Telephone No.

---

X /s/ _____  Anil Kumar Vijayvargiya
Signature of Petitioner or Representative (State title)      President

GREEN ROCK NY INC._____
Name of Petitioner            Date Signed:   January    , 2014

Name & Mailing
Address of Individual     Anil Kumar Vijayvargiya
Signing in Representative  2 West 46th Street, Suite 412
Capacity                   New York, NY 10036

X /s/ _____          January    , 2014
Signature of Attorney   Andrew A. Bokser   Date

POPPER & GRAFTON ATTORNEYS
Name of Attorney Firm (if any)

225 West 34th Street, Suite 2209, New York, NY 10122
Address

212-290-2630
Telephone No.

---

X /s/ _____  Hamen Tak
Signature of Petitioner or Representative (State title)   President

HK EXPORT INC._____
Name of Petitioner            Date Signed:   January    , 2014

Name & Mailing
Address of Individual     Hamen Tak
Signing in Representative  15 West 47th Street, Suite 1103
Capacity                   New York, NY 10036

X /s/ _____          January    , 2014
Signature of Attorney   Andrew A. Bokser   Date

POPPER & GRAFTON ATTORNEYS
Name of Attorney Firm (if any)

225 West 34th Street, Suite 2209, New York, NY 10122
Address

212-290-2630
Telephone No.

---

X /s/ _____  Bal Kishan Jajoo
Signature of Petitioner or Representative (State title)   President

JARAJ GEMS, INC._____
Name of Petitioner            Date Signed:   January    , 2014

Name & Mailing
Address of Individual     Bal Kishan Jajoo
Signing in Representative  2 West 46th Street, Suite 1614
Capacity                   New York, NY 10036

X /s/ _____          January    , 2014
Signature of Attorney   Andrew A. Bokser   Date

POPPER & GRAFTON ATTORNEYS
Name of Attorney Firm (if any)

225 West 34th Street, Suite 2209, New York, NY 10122
Address

212-290-2630
Telephone No.

---

_____ continuation sheets attached

newordten/clientiz2/clientsz/sanghavi/diadeb/inv5

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| ULKA KOTHARI<br>48 West 48th Street, Suite 1511, New York, NY 10036 | Goods sold and delivered | $30,495.65 |
| GREEN ROCK NY INC.<br>2 West 46th Street, Suite 412, New York, NY 10036 | Goods sold and delivered | $36,559.84 |
| HK EXPORT INC.<br>15 West 47th Street, Suite 1103, New York, NY 10036 | Goods sold and delivered | $13,033.95 |
| JARAJ GEMS, INC.<br>2 West 46th Street, Suite 1614, New York, NY 10036 | Goods sold and delivered | $21,140.21 |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

**Total Amount of Petitioners' Claims**

**$101,229.65**

newordten/clientiz2/clientsz/sanghavi/diadeb/inv3